UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 3:22-cr-113

vs.

TYRONE JASON HARRIS, SR.,           District Judge Michael J. Newman

    Defendant.

_____

## SCHEDULING ORDER
_____

       This criminal case is before the Court following Defendant's arraignment on October 19, 2022. The parties have met and conferred pursuant to Fed. R. Crim. P. 16.1 and have filed a notice and a proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **December 22, 2022**. Doc. No. 18. Based on the parties' proposed scheduling order, the Court sets the following schedule in this case:

| | |
|---|---|
| Discovery deadline: | **November 4, 2022** |
| Motion filing deadline: | **November 22, 2022** |
| Final pretrial conference: | **December 8, 2022 at 10:00 a.m.** |
| Jury trial: | **December 19, 2022 at 9:30 a.m.** |

       The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

       **IT IS SO ORDERED.**

November 3, 2022                                           s/Michael J. Newman
                                                                        Hon. Michael J. Newman
                                                                        United States District Judge