UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : Case No.: **3:22-CR-113 (MJN)** |
| | : |
| Plaintiff, | : **ORDER ON MOTION AND** |
| | : **STIPULATION TO CONTINUE TRIAL** |
| vs. | : **DATE** |
| | : |
| **TYRONE J. HARRIS, SR.,** | : |
| | : |
| Defendant. | : |

## **ORDER**

Having read and considered the parties Joint Motion and Stipulation to Continue the Trial Date, the Court hereby finds:

1. Defense counsel requires additional time to review discovery in this matter, and if necessary, to request additional discovery from the United States. Furthermore, defense counsel requires additional time to prepare and to make recommendations to her client concerning whether to explore plea negotiations, to file pretrial motions, or to proceed to trial. Failure to grant the continuance would result in a miscarriage of justice.

2. Defendant's counsel has confirmed that her client consents to the requested continuance, and the United States does not object to the continuance.

3. Pursuant to 18 U.S.C. § 3161(h)(7)(A) (after considering the factors set forth in 18 U.S.C. § 3161(h)(7)(B)), the ends of justice in continuing the case as requested outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS ORDERED that, in accordance with the foregoing findings of the Court and stipulation of the parties, the trial date in this matter is continued from December 19, 2022 to February 27, 2023.

IT IS FURTHER ORDERED that, to conform to the new trial date, the Court sets the

following schedule:

        Substantive Motion Deadline: January 17, 2023

        Status/Final Pretrial Conference: February 15, 2023

IT IS FURTHER ORDERED that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 19, 2022 to February 27, 2023 is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) because it results from a continuance granted by this Court at the parties' request on the basis of this Court's finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial.


November 18, 2022                                        /s Michael J. Newman
DATE                                                       MICHAEL J. NEWMAN
                                                               UNITED STATES DISTRICT COURT JUDGE