UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                             Case No. 3:22-cr-113

vs.

TYRONE JASON HARRIS, SR.,          District Judge Michael J. Newman

    Defendant.

_____

**ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 27)**
_____

       This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea.  Doc. No. 27.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as to Counts One and Three of the Indictment, charging him with knowingly and intentionally possessing with the intent to distribute cocaine, in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(C), and being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).  Doc. No. 14.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

  March 28, 2023                                   s/ Michael J. Newman
                                                              Hon. Michael J. Newman
                                                              United States District Judge