UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                 Case No. 3:22-cr-113

vs.

TYRONE JASON HARRIS, SR.,        District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING DEFENDANT'S *PRO SE* MOTION FOR A COPY OF HIS JUDGMENT AND COMMITMENT ORDER (Doc. No. 53); AND (2) INFORMING DEFENDANT THAT HE MAY, IF HE WISHES, FILE A NOTICE IDENTIFYING ANOTHER ADDRESS TO WHICH HIS REQUESTED DOCUMENTS MAY BE MAILED**

---

Previously in this criminal case, the Court received an Executive Grant of Clemency for Defendant Tyrone Jason Harris, Sr. Doc. No. 51. This Grant of Clemency set Defendant's release from the Bureau of Prisons to occur on April 17, 2025. *See id*. at PageID 307, 309.

The case is before the Court upon Defendant's motion for a copy of his Judgment and Commitment Order ("J&C"). Doc. No. 53. Defendant has also requested, in a *pro se* letter (Doc. No. 52), a copy of his plea agreement and statement of facts to assist him in re-enrolling in a business program at Franklin University. *Id*.

On February 18, 2025, the Court held a telephone status conference concerning Defendant's *pro se* motion and letter during which counsel for the parties did not oppose Defendant's motion or request. Consequently, and pursuant to the record of the status conference, the Court hereby **GRANTS** Defendant's motion and will attach a copy of his J&C to this Order. The Clerk of Court will then **MAIL** this Order and the attached copy of the J&C to Defendant at his present address of record in the Bureau of Prisons ("BOP").

As to Defendant's request for a copy of his plea agreement and statement of facts, there exists some doubt over whether the BOP will permit Defendant to receive these materials. Consequently, in the event Defendant wants the Clerk of Court to mail a copy of his plea agreement and statement of facts and/or his J&C to another address, he shall immediately file a **NOTICE** informing the Clerk of Court of that address.  The Clerk of Court will then mail those documents to Defendant at the address he provides.

**IT IS SO ORDERED.**

February 19, 2025                                                          s/*Michael J. Newman*
                                                                                         Hon. Michael J. Newman
                                                                                         United States District Judge