UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 3:22-cr-113

vs.

TYRONE JASON HARRIS, SR.,

District Judge Michael J. Newman

    Defendant.

---

# ORDER

---

The case is before the Court upon Defendant's *pro se* letter in which he asks the Court to contact his counsel, AFPD Cheryll Bennett, to see if she will receive a copy of his sentencing transcript from Court Reporter Julie Hohenstein and send them "special mail" to him at the Federal Correctional Institution in Manchester, Kentucky.  Doc. No 55.  The Court cannot assist Defendant in the manner he requests because he must first pay the Court Reporter for a copy of his sentencing transcript.  Also, Defendant alone bears the responsibility to ask Ms. Bennett (for example, in a letter) if she will assist him in obtaining a copy of his transcript.  Ms. Bennett's address is:

    Federal Public Defender's Office
    1 South Main Street
    Fifth Third Center, Suite 490
    Dayton, OH 45402

Accordingly, Defendant's requests are **DENIED**.

**IT IS SO ORDERED.**

March 3, 2025

    s/*Michael J. Newman*
    Hon. Michael J. Newman
    United States District Judge